IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DARRYL WALKER, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| TRANS UNION LLC *et al.*, *Defendants* | : : | No. 20-5179 |

| | | |
|---|---|---|
| MARIE WALKER, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| TRANS UNION LLC *et al.*, *Defendants* | : : | No. 20-5235 |

## ORDER

AND NOW, this 10th day of December, 2021, upon consideration of Defendant Trans Union LLC's Motion for Judgment on the Pleadings as against Plaintiff Darryl Walker (Case No. 20-5179, Docs. No. 13 & 19), Plaintiff Darryl Walker's Responses in Opposition (Case No. 20-5179, Docs. No. 29 & 30), Trans Union LLC's Reply (Case No. 20-5179, Doc. No. 33), Defendant Trans Union LLC's Motion to Dismiss as against Plaintiff Marie Walker (Case No. 20-5235, Doc. No. 42), Plaintiff Marie Walker's Response in Opposition (Case No. 20-5235, Doc. No. 50), and Trans Union's Reply (Case No. 20-5235, Doc. No. 54) it is **ORDERED**:

1. Trans Union LLC's Motion for Judgment on the Pleadings as against Plaintiff Darryl Walker (Case No. 20-5179, Docs. No. 13 & 19) is **GRANTED** for the reasons set forth in the Court's accompanying Memorandum.

1

2. Trans Union LLC's Motion to Dismiss as against Plaintiff Marie Walker (Case No. 20-5235, Doc. No. 42) is **GRANTED** for the reasons set forth in the Court's accompanying Memorandum.

3. Plaintiff Darryl Walker's Motion for Leave to Amend (Case No. 20-5179, Doc. No. 30) and Plaintiff Marie Walker's Motion for Leave to Amend (Case No. 20-5235, Doc. No. 50) are **DENIED WITHOUT PREJUDICE** for the reasons set forth in the Court's accompanying Memorandum.[1]

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

---

[1] As the Court explained in its accompanying memorandum, "to request leave to amend a complaint, the plaintiff must submit a draft amended complaint to the court so that it can determine whether amendment would be futile." *Fletcher-Harlee Corp. v. Pote Concrete Contractors, Inc.*, 482 F.3d 247, 252 (3d Cir. 2007). The Court will grant Mr. and Mrs. Walker, respectively, leave to seek leave to his or her complaint and admonishes both to follow this procedural requirement.