IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIE WALKER, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| TRANS UNION LLC *et al.*, *Defendants* | : : | No. 20-5235 |

## ORDER

AND NOW, this 2nd day of February, 2022, upon consideration of Plaintiff Marie Walker's Motion for Leave to File an Amended Complaint (Doc. No. 83) and Defendant Trans Union, LLC's Response in Opposition (Doc. No. 84), it is **ORDERED** that Mrs. Walker's Motion (Doc. No. 83) is **DENIED**.

The Clerk of Court is **DIRECTED** to **CLOSE** this case for all purposes, including statistics.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1